■ Ashly Garcia, an Infant, by Her Mother and Natural Guardian, Denis Diaz, et al., Plaintiffs, v Prana Growth Fund I, L.P., et al., Respondents, and Broadway Towers Associates, LLC, et al., Appellants. [897 NYS2d 633]—An appeal having been

taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Louis B. York, J.), entered on or about May 20, 2009, and said appeal having been argued by counsel for the respective parties, it is unanimously ordered that said appeal be and the same is hereby deemed withdrawn in accordance with M-431 decided simultaneously herewith. Concur—Gonzalez, P.J., Saxe, McGuire, Manzanet-Daniels and Román, JJ.